GEORGE SABROWSKI *v.* BEVERLY R. SABROWSKI

The plaintiff's petition for certification for appeal from the Appellate Court, 95 Conn. App. 625 (AC 26021), is granted, limited to the following issue:

"Did the Appellate Court properly reverse the trial court's finding that the plaintiff had met his burden of establishing a substantial change in circumstances?"

The Supreme Court docket number is SC 17738.

*Eric W. Callahan,* in support of the petition.

*James H. Lee,* in opposition.

Decided September 27, 2006

STATE OF CONNECTICUT *v.* ANTHONY JONES

The defendant's petition for certification for appeal from the Appellate Court, 96 Conn. App. 634 (AC 24020), is denied.

*Gary A. Mastronardi,* in support of the petition.

*Marjorie Allen Dauster,* senior assistant state's attorney, in opposition.

Decided September 27, 2006